# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DANIEL CONCEPCION, Individually and on Behalf of All Those Similarly Situated<br><br>Plaintiffs<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, et als<br><br>Defendants | CIVIL NO. 3:22-cv-01017-ADC<br><br>RE: CLASS ACTION COMPLAINT FOR VIOLATIONS OF ANTI-TRUST LAWS; VIOLATIONS OF FEDERAL AND PUERTO RICO WAGE AND HOUR LAWS; DECLARATORY RELIEF; VIOLATION OF CONSTITUTIONAL RIGHT TO EQUAL PROTECTION<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION ATTACHING THIRTY-SIX DEFENDANTS' EXECUTED WAIVERS OF SERVICE AND REQUESTING A BRIEF EXTENSION OF TIME TO SERVE TWO OTHER DEFENDANTS

COME NOW plaintiff, David Conception, individually and on behalf of all those similarly situated, through the undersigned legal representation and STATE and PRAY:

Attached as Exhibit 1 to this motion are the executed waivers of service of summons of all defendants of this case except for the Baltimore Orioles, Inc. and the Baltimore Orioles, L.P. which counsel did not agree to waive the service of summons.

| ITEM NO. | DEFENDANT NAME |
|---|---|
| 1. | OFFICE OF THE COMMISSIONER OF BASEBALL |
| 2. | ROB MANFRED |
| 3. | KANSAS CITY ROYALS BASEBALL CORP. |
| 4. | MIAMI MARLINS, L.P. |
| 5. | SAN FRANCISCO BASEBALL ASSOCIATES LLC |
| 6. | BOSTON REDSOX BASEBALL CLUB L.P. |

Civil no. 3:22-cv-01017-ADC                                                                 Page 2 of 4
PR Federal District Court

| ITEM NO. | DEFENDANT NAME |
|---|---|
| 7. | ANGELS BASEBALL LP |
| 8. | CHICAGO WHITE SOX LTD |
| 9. | ST. LOUIS CARDINALS, LLC |
| 10. | COLORADO ROCKIES BASEBALL CLUB, LTD |
| 11. | BASEBALL CLUB OF SEATTLE, LLP |
| 12. | THE CINCINNATI REDS, LLC |
| 13. | HOUSTON BASEBALL PARTNERS LLC |
| 14. | ATHLETICS INVESTMENT GROUP, LLC |
| 15. | ROGERS BLUE JAYS BASEBALL PARTNERSHIP |
| 16. | CLEVELAND INDIANS BASEBALL CO., L.P. |
| 17. | CLEVELAND INDIANS BASEBALL CO., INC. |
| 18. | PADRES L.P. |
| 19. | SAN DIEGO PADRES BASEBALL CLUB, L.P. |
| 20. | MINNESOTA TWINS, LLC |
| 21. | WASHINGTON NATIONALS BASEBALL CLUB, LLC |
| 22. | DETROIT TIGERS, INC. |
| 23. | LOS ANGELES DODGERS, LLC |
| 24. | LOS ANGELES DODGERS HOLDING CO. LLC |
| 25. | STERLING METS L.P. |
| 26. | ATLANTA NATIONAL LEAGUE BASEBALL CLUB, INC. |
| 27. | AZPB L.P. |

Civil no. 3:22-cv-01017-ADC  
PR Federal District Court

Page 3 of 4

| ITEM NO. | DEFENDANT NAME |
|---|---|
| 28. | THE PHILLIES L.P. |
| 29. | PITTSBURG ASSOCIATES, LP |
| 30. | NEW YORK YANKEES P'ship |
| 31. | TAMPA BAY RAYS BASEBALL Ltd. |
| 32. | RANGERS BASEBALL EXPRESS, LLC |
| 33. | RANGERS BASEBALL, LLC |
| 34. | CHICAGO CUBS BASEBALL CLUB, LLC |
| 35. | MILWAUKEE BREWERS BASEBALL CLUB, INC. |
| 36. | MILWAUKEE BREWERS BASEBALL CLUB, L.P. |

The appearing parties respectfully request this Honorable Court for a brief 30-day extension of time, ending on May 11, 2022, to serve the summons of said two defendants. This extension of time is not requested with the intention of delaying this case proceeding, and is sought in good faith.

**WHEREFORE**, the appearing parties request this Honorable Court to take notice of the above and grant the brief extension of time above referenced.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, on April 11, 2022, date on which I hereby CERTIFY that I have electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system which shall send automatic notification of such filing to all counsel for the parties of record.

Civil no. 3:22-cv-01017-ADC  
PR Federal District Court

LAW OFFICES OF SAMUEL KORNHAUSER

And

LAW OFFICES OF BRIAN DAVID

And

BAELLA & BAELLA

Attorneys for Plaintiffs and those similarly situated

By: /s/ Rafael Baella-Silva  
Rafael Baella-Silva  
U.S.D.C. P.R. 124507  
563 Pedro Bigay  
Urb Ext Baldrich  
Hato Rey, San Juan, PR  00918  
Tel. (787) 250-8080 - Fax (787) 281-6006  
RBaellaSilva@BaellaLaw.com
