IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DANIEL CONCEPCION, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, et al.,<br><br>Defendants. | Case No. 3:22-cv-01017 (ADC) |

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned hereby (1) identifies for the following entities any parent corporation and any publicly held corporation owning 10% or more of its stock or (2) states that no such corporation owns 10% or more of its stock.

1. The Office of the Commissioner of Baseball, which does business as Major League Baseball ("MLB"), is an unincorporated association. As such, it has no corporate parent, and no publicly held corporation owns 10% or more of MLB.

2. Angels Baseball LP is a California limited partnership. The general partner of Angels Baseball LP is Moreno Baseball, LP, which is a California limited partnership. There is no publicly held corporation that owns 10% or more of Angels Baseball LP or Moreno Baseball, LP.

3. Athletics Investment Group LLC d/b/a Oakland Athletics Baseball Company is a California limited liability company. Athletics Investment Group LLC is wholly owned by Athletics Holdings LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Athletics Holdings LLC.

4. Atlanta National League Baseball Club, LLC, incorrectly named in the Complaint as "Atlanta National League Baseball Club, Inc.," is a Georgia limited liability company. Atlanta National League Baseball Club, LLC is wholly owned by Braves Baseball Holdco, LLC, which is a Delaware limited liability company. Braves Baseball Holdco, LLC is wholly owned by Braves Holdings, LLC, which is a Delaware limited liability company. Braves Holdings, LLC is wholly owned by Liberty Media Corporation, which is a Delaware corporation that is publicly held through a series of tracking stocks, including the Liberty Braves tracking stock (the Liberty Braves Group), which tracks the businesses operated by Braves Holdings, LLC and its subsidiaries.

5. AZPB Limited Partnership is a Delaware limited partnership. The general partner of AZPB Limited Partnership is AZDB I, LLC, which is a Delaware limited liability company. There is no publicly held company that owns 10% or more of AZPB Limited Partnership or AZDB I, LLC.

6. The Baseball Club of Seattle, LLLP, incorrectly named in the Complaint as "Baseball Club of Seattle, LLP," is a Washington limited liability limited partnership. The managing general partner of The Baseball Club of Seattle, LLLP is Mariners Baseball LLC, which is a Washington limited liability company. The limited partner of The Baseball Club of Seattle, LLLP is Mariners Investment LLC, which is a Washington limited liability company. Mariners Baseball LLC and Mariners Investment LLC are each wholly owned by First Avenue Entertainment LLLP, which is a Washington limited liability partnership. Nintendo of America, Inc. owns 10% or more of First Avenue Entertainment LLLP. Nintendo of America. Inc. is wholly owned by Nintendo Company Ltd., which is a publicly held Japanese corporation.

7. Baltimore Orioles Limited Partnership is a Maryland limited partnership. The general partner of Baltimore Orioles Limited Partnership is Baltimore Orioles, Inc., which is a Maryland corporation. There is no publicly held corporation that holds 10% or more of the ownership of the Baltimore Orioles Limited Partnership or Baltimore Orioles, Inc.

8. Boston Red Sox Baseball Club L.P. is a Massachusetts limited partnership. The general partner of Boston Red Sox Baseball Club L.P. is New England Sports Ventures, LLC,

2

which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Boston Red Sox Baseball Club L.P. or New England Sports Ventures, LLC.

9. Chicago Cubs Baseball Club, LLC, incorrectly named in the Complaint as "Chicago Baseball Holdings, LLC," is a Delaware limited liability company. Chicago Cubs Baseball Club, LLC is wholly owned by Chicago Baseball Holdings, LLC, which is a Delaware limited liability company. Chicago Baseball Holdings, LLC is wholly owned by Chicago Entertainment Ventures, LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Chicago Entertainment Ventures, LLC.

10. Chicago White Sox Ltd. is an Illinois limited partnership. The general partner of Chicago White Sox Ltd. is Chisox Corporation, which is a Delaware corporation. There is no publicly held corporation that owns 10% or more of Chicago White Sox, Ltd. or Chisox Corporation.

11. The Cincinnati Reds, LLC is a Delaware limited liability company. There is no corporate parent or publicly held corporation that owns 10% or more of The Cincinnati Reds, LLC.

12. Cleveland Guardians Baseball Company, LLC, incorrectly named in the Complaint as "Cleveland Indians Baseball Co., L.P." and "Cleveland Indians Baseball Co., Inc.," is an Ohio limited liability company. There is no corporate parent or publicly held corporation that owns 10% more of Cleveland Guardians Baseball Company, LLC.

13. Colorado Rockies Baseball Club, Ltd. is a Colorado limited partnership. The general partner of Colorado Rockies Baseball Club Ltd. is Colorado Baseball 1993, Inc., which is a Colorado corporation. There is no publicly held corporation that owns 10% or more of Colorado Rockies Baseball Club, Ltd or Colorado Baseball 1993, Inc.

14. Detroit Tigers, Inc. is a Michigan corporation. There is no corporate parent or publicly held corporation that owns 10% or more of Detroit Tigers, Inc.

15. Houston Astros, LLC, incorrectly named in the Complaint as "Houston Baseball Partners LLC," is a Texas limited liability company. Houston Astros, LLC is wholly owned by HBP Team Holdings, LLC, which is a Delaware limited liability company. HBP Team Holdings, LLC is wholly owned by Houston Baseball Partners, LLC, which is a Delaware limited liability

company. There is no publicly held corporation that owns 10% or more of the stock of Houston Baseball Partners, LLC.

16. Kansas City Royals Baseball Club, LLC, incorrectly named in the Complaint as "Kansas City Royals Baseball Corp," is a Delaware limited liability company. Kansas City Royals Baseball Club, LLC is wholly owned by Royal Blue Equity, LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Royal Blue Equity, LLC.

17. Los Angeles Dodgers LLC is a Delaware limited liability company. Los Angeles Dodgers LLC is wholly owned by Los Angeles Dodgers Holding Company LLC, which is a Delaware limited liability company. Los Angeles Dodgers Holding Company LLC is wholly owned by LA Holdco LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of LA Holdco LLC.

18. Marlins Teamco LLC, incorrectly named in the Complaint as "Miami Marlins, L.P.," is a Delaware limited liability company. Marlins Teamco LLC is wholly owned by Marlins Funding LLC, which is a Delaware limited liability company. Marlins Funding LLC is wholly owned by Marlins Holdings LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Marlins Holdings LLC.

19. Milwaukee Brewers Baseball Club, L.P. is a Wisconsin limited partnership. The general partner of Milwaukee Brewers Baseball Club, L.P. is Milwaukee Brewers Holdings LLC, which is a Delaware limited liability company. There is no publicly traded company that owns 10% or more of Milwaukee Brewers Baseball Club, L.P. or Milwaukee Brewers Holdings LLC. Milwaukee Brewers Baseball Club, Inc. is a Wisconsin corporation. There is no corporate parent or publicly-held corporation that owns 10% or more of its stock.

20. Minnesota Twins, LLC is a Delaware limited liability company. There is no corporate parent or publicly held corporation that owns 10% or more of Minnesota Twins, LLC.

21. New York Yankees Partnership is an Ohio limited partnership who: (i) is not a publicly held corporation whose stock is traded on a public exchange, (ii) has a non-public parent

entity named YGE Holdings, LLC (a Delaware LLC), and (iii) does not have any publicly held corporation that owns 10% or more of its stock.

22. Padres L.P. is a Delaware limited partnership. The general partner of Padres L.P. is Padres, GP, LLC, which is a Delaware limited liability company.  Padres, GP, LLC is wholly owned by SoCal SportsNet, LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Padres L.P. or SoCal SportsNet, LLC.  San Diego Padres Baseball Club, L.P. does not exist as a separate entity from Padres L.P.

23. Pittsburgh Associates, incorrectly named in the Complaint as "Pittsburgh Baseball, Inc." and "Pittsburgh Baseball Partnership," is a limited partnership under the laws of the Commonwealth of Pennsylvania.  Its General Partner is Pittsburgh Baseball Holdings, Inc., and there is no publicly-held corporation that owns 10% or more of its stock.

24. Rangers Baseball LLC, is a Delaware limited liability company. Rangers Baseball, LLC is wholly owned by Rangers Baseball HoldCo LLC, which is a Delaware limited liability company. Rangers Baseball HoldCo LLC is wholly owned by Rangers Baseball Express LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Rangers Baseball Express LLC.

25. Rogers Blue Jays Baseball Partnership is an Ontario general partnership. The partners of Rogers Blue Jays Baseball Partnership are Rogers Sports Holdings Inc. and Blue Jays Holdco Inc., each of which is an Ontario corporation. Rogers Sports Holdings Inc. and Blue Jays Holdco Inc. are each wholly owned by Rogers Media Inc., which is a Canadian corporation. Rogers Media Inc. is wholly owned by Rogers Communications Inc., which is a publicly held British Columbia corporation.

26. San Francisco Baseball Associates LLC is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of San Francisco Baseball Associates LLC.

27. St. Louis Cardinals, LLC is a Missouri limited liability company. There is (i) no parent company of St. Louis Cardinals, LLC and (ii) no publicly held corporation or other corporation that owns 10% or more of St. Louis Cardinals, LLC.

28. Sterling Mets L.P. is a Delaware limited partnership. The general partner of Sterling Mets L.P. is SMLP New GP, LLC, which is a Delaware limited liability company. The limited partner of Sterling Mets, L.P. is Crown Intermediate LLC, which is a Delaware limited liability company. SMLP New GP, LLC is wholly owned by Crown Intermediate LLC. Crown Intermediate LLC is wholly owned by Crown Finance LLC, which is a Delaware limited liability company. Crown Finance LLC is wholly owned by QB JV Holdings, LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more QB JV Holdings, LLC.

29. Tampa Bay Rays Baseball Ltd. is a Florida limited partnership. The general partner of Tampa Bay Rays Baseball Ltd. is 501SG, LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Tampa Bay Rays Baseball Ltd. or 501SG, LLC.

30. The Phillies, incorrectly named in the Complaint as "The Phillies L.P.," is a Pennsylvania limited partnership. The general partner of The Phillies is PBC GP, LLC, a Pennsylvania limited liability company. There is no corporate parent or publicly held corporation that owns 10% or more of The Phillies or PBC GP, LLC.

31. Washington Nationals Baseball Club, LLC is a District of Columbia limited liability company. Washington Nationals Baseball Club, LLC is wholly owned by Nine Sports Holdings, LLC, which is a District of Columbia limited liability company. There is no publicly held corporation that owns 10% or more of Nine Sports Holdings LLC.

Dated: San Juan, Puerto Rico
May 31, 2022

PIETRANTONI MÉNDEZ & ÁLVAREZ LLC

By: */s/ Julián R. Rodríguez-Muñoz*____
Julián R. Rodríguez-Muñoz
USDC-PR Bar No. 308301
Jorge I. Peirats
USDC-PR Bar No. 201409

Popular Center 19th Floor
208 Ponce de León Avenue
San Juan, Puerto Rico 00918
Tel. (787) 274-1212
Fax (787) 274-1470
jrodriguez@pmalaw.com
jpeirats@pmalaw.com

PROSKAUER ROSE LLP

By: */s/ Elise M. Bloom*
Elise M. Bloom (*pro hac vice pending*)
Adam M. Lupion (*pro hac vice pending*)
Mark W. Batten (*pro hac vice pending*)
Rachel S. Philion (*pro hac vice pending*)
Eleven Times Square
New York, New York 10036
Phone: (212) 969-3000
Fax: (212) 969-2900
ebloom@proskauer.com
alupion@proskauer.com
mbatten@proskauer.com
rphilion@proskauer.com

KEKER, VAN NEST & PETERS LLP

By: /s/ *R. Adam Lauridsen*
R. Adam Lauridsen (*pro hac vice pending*)
Thomas E. Gorman (*pro hac vice pending*)
Connie P. Sung (*pro hac vice pending*)
Zainab O. Ramahi (*pro hac vice pending*)
633 Battery Street
San Francisco, California 9411
Phone: (415) 391-5400
alauridsen@keker.com
tgorman@keker.com
csung@keker.com
zramahi@keker.com

*Attorneys for Defendants*[1]

---

[1] Proskauer Rose LLP is not serving as counsel for Baltimore Orioles, Inc. or Baltimore Orioles L.P.