Law Offices of Samuel Kornhauser
155 Jackson Street, Suite 1807
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

| | |
|---|---|
| DANIEL CONCEPCION, Individually and on Behalf of All Those Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et. al.<br><br>Defendants. | CIVIL NO. 3:22-cv-01017-ADC<br><br>RE: CLASS ACTION COMPLAINT FOR VIOLATIONS OF ANTI-TRUST LAWS; VIOLATIONS OF FEDERAL AND PUERTO RICO WAGE AND HOUR LAWS; DECLARATORY RELIEF; VIOLATION OF CONSTITUTIONAL RIGHT TO EQUAL PROTECTION<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF SAMUEL KORNHAUSER IN SUPPORT OF PLAINTIFF'S NOTIFICATION AND RESPONSE TO MOTION TO DISMISS**

- 0 -

I, Samuel Kornhauser, declare as follows:

1. I submit this declaration in support of **PLAINTIFF'S NOTIFICATION AND RESPONSE TO MOTION TO DISMISS**. I am over the age of 18. I am lead counsel for Plaintiffs in this action and I have personal knowledge of the matters set forth herein and could and would testify competently thereto if called as a witness.

3. The facts set forth herein are true and correct. The exhibits attached to the accompanying **PLAINTIFF'S NOTIFICATION AND RESPONSE TO MOTION TO DISMISS** are true and correct copies of the originals.

I declare under penalty of perjury the foregoing is true and correct and was executed by me on June 6, 2022, in San Francisco, California.

> By: /s/ Samuel Kornhauser
> Samuel Kornhauser (*pro hac vice*)

1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the forgoing **DECLARATION OF SAMUEL KORNHAUSER IN SUPPORT OF PLAINTIFF'S NOTIFICATION AND RESPONSE TO MOTION TO DISMISS** has been filed electronically with the U.S. District Court, District of Puerto Rico this 6th day of June 2022. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

By: */s/* Samuel Rolnick
Samuel Rolnick

2