UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

| | |
|---|---|
| DANIEL CONCEPCION,<br>Individually and on Behalf of All Those<br>Similarly Situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>OFFICE OF THE COMMISSIONER OF<br>BASEBALL, an unincorporated association<br>doing business as MAJOR LEAGUE<br>BASEBALL, et. al.<br><br>      Defendants. | ) **CIVIL NO. 3:22-cv-01017-ADC**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF UNAVAILABILITY OF SAMUEL KORNHAUSER**

Law Offices of Samuel Kornhauser
155 Jackson Street, Suite 1807
San Francisco, CA 94111

.TO THE COURT AND COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned, counsel for Plaintiffs Daniel Concepcion, individually and on behalf of all those similarly situated in this above-captioned civil action, Samuel Kornhauser, will be traveling out of country on a long-planned vacation between January 12, 2023 and January 27, 2023 and is therefore unavailable between January 12, 2023 and January 27, 2023, for all purposes including, but not limited to, receiving notices of any kind, appearing in court, responding to *ex parte* applications, or attending depositions.

DATED: January 12, 2023                    LAW OFFICES OF SAMUEL KORNHAUSER

                                                    By: /s/ Samuel Kornhauser
                                                             Samuel Kornhauser (*pro hac vice*)

                                                                                   and

                                                      LAW OFFICES OF BRIAN DAVID

                                                    By: /s/ Brian David
                                                             Brian David (*pro hac vice*)

                                                                                   and

                                                    BAELLA & BAELLA

                                                  By: /s/ Rafael Baella-Silva
                                                            Rafael Baella-Silva

                                                            Attorneys for Plaintiff and all
                                                            those similarly situated

Law Offices of Samuel Kornhauser
155 Jackson Street, Suite 1807
San Francisco, CA 94111

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the forgoing **NOTICE OF UNAVAILABILITY OF SAMUEL KORNHAUSER** has been filed electronically with the U.S. District Court, District of Puerto Rico this 12th day of January 2023. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

By: /s/ Samuel Rolnick
Samuel Rolnick