**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **DANIEL CONCEPCION,** *et al.,*<br><br>*Plaintiffs*,<br><br>v.<br><br>**OFFICE OF THE COMMISSIONER OF BASEBALL,** *et al.,*<br><br>*Defendants.* | Civil No. 22-01017 (MAJ/BJM) |

## JUDGMENT

In accordance with the Opinion and Order entered on June 21, 2023 (**ECF No. 84**), judgment is entered **DISMISSING without prejudice** Plaintiffs' Sherman Act, Fair Labor Standards Act, and Puerto Rico wage and hour claims against all Defendants, except the Kansas City Royals, San Francisco Giants, and San Diego Padres. The claims against the Kansas City Royals, San Francisco Giants, and San Diego Padres are **DISMISSED with prejudice**. Plaintiffs' claims for declaratory relief from the Curt Flood Act and baseball's antitrust exemption are also **DISMISSED with prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of June 2023.

S/ MARÍA ANTONGIORGI-JORDÁN<br>**United States District Judge**